UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAVI ZACHARIAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRADLEY THOMPSON and LORI ANNE THOMPSON,<br><br>　　　　Defendants. | CIVIL ACTION FILE NO.:<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party.**

Ravi Zacharias, individual

Lori Anne Thompson, individual

Bradley Thompson, individual

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

N.A.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Michael R. Boorman, Huff Powell Bailey LLC

Brian T. Kelly, Jonathan Sablone, Christopher E. Queenin, Nixon Peabody LLP.

| | |
|---|---|
| This 31st day of July. 2017 | Respectfully submitted, |
| | s/ Michael R. Boorman |
| | Michael R. Boorman |
| | Georgia Bar No. 067798 |
| | HUFF POWELL BAILEY LLC |
| | 999 Peachtree Street, N.E., |
| | Suite 950 |
| | Atlanta, GA 30309 |
| | Telephone: 404-892-4022 |
| | Fax: 404-892-4033 |
| | mboorman@huffpowellbailey.com |

Brian T. Kelly
Jonathan Sablone
Christopher E. Queenin
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: 617-345-1000
Fax: 518-427-2666
bkelly@nixonpeabody.com
jsablone@nixonpeabody.com
cqueenin@nixonpeabody.com
*Pro Hac Vice Applications Pending*

***Counsel for Plaintiff***