# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RAVI ZACHARIAS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | 17-cv-02885-LMM |
| v. ) | |
| ) | |
| BRADLEY THOMPSON and LORI ) | |
| ANNE THOMPSON, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses this action with prejudice, with all rights to appeal waived and each side bearing its own costs and fees.

This 9th day of November, 2017

Respectfully submitted,

*/s/ Lucas W. Andrews*
Michael R. Boorman
Georgia Bar No. 067798
Lucas W. Andrews
Georgia Bar No. 019533
HUFF POWELL BAILEY LLC
999 Peachtree Street, N.E.,
Suite 950
Atlanta, GA 30309
Telephone: 404-892-4022
Fax: 404-892-4033
mboorman@huffpowellbailey.com
landrews@huffpowellbailey.com

Brian T. Kelly
Jonathan Sablone
Christopher E. Queenin
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: 617-345-1000
Fax: 518-427-2666
bkelly@nixonpeabody.com
jsablone@nixonpeabody.com
cqueenin@nixonpeabody.com
*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this day I have caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filings to all attorneys of record.

This 9th day of November, 2017        Respectfully submitted,

                                            */s/ Lucas W. Andrews*
                                            Lucas W. Andrews
                                            Georgia Bar No. 019533
                                            HUFF POWELL & BAILEY LLC
                                            999 Peachtree Street, N.E.,
                                            Suite 950
                                            Atlanta, GA 30309
                                            Telephone: 404-892-4022
                                            Facsimile: 404-892-4033
                                            landrews@huffpowellbailey.com